JS-6

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
YASIN MOHAMMAD
California Bar No. 242798
Assistant United States Attorney
Asset Forfeiture Section
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-6968
   Facsimile: (213) 894-7177
   E-mail: Yasin.Mohammad@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.: CV 15-08697-CAS (MRWx) |
| | ) |
|      Plaintiff, | ) |
| | ) **[PROPOSED]** |
|   vs. | ) |
| | ) **CONSENT JUDGMENT** |
| $103,500.00 IN U.S. CURRENCY AND THREE MONEY ORDERS VALUED AT $2,500.00, | ) |
| | ) |
|      Defendants. | ) |
| _____ | ) |
| | ) |
| KALIFFA MILLER, | ) |
| | ) |
|      Claimant. | ) |
| _____ | |

Plaintiff United States of America ("the government") and claimant Kaliffa Miller (the "Claimant") have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests the Claimant may have had in the defendant assetS, $103,500.00 in U.S. currency And Three Money Orders Valued At $2,500.00.

The civil forfeiture action captioned above was commenced on November 6, 2015. Notice was given and published according to law. Claimant Kaliffa Miller filed a claim on February 2, 2016 (Dkt. No. 13) and an answer on January 28, 2016 (Dkt. No. 11). No other claims or answers were filed and the time for filing claims and answers has expired.

The Court has been duly advised of and has considered the matter. Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that $93,500.00 of the defendant currency and the defendant money orders valued at $2,500.00, plus all interest earned on the entirety of the defendant since seizure, is hereby forfeited to the United States, and no other right, title or interest shall exist therein. The remaining $10,000.00 in U.S. currency of the defendant assets, without any interest, shall be returned to the Claimants as follows: The funds are to be made payable via ACH deposit to Claimant's attorney, David M. Dudley, Esq., Law Offices of David M. Dudley, 3415 South Sepulveda Boulevard, Suite 560, Los Angeles, California 90034. Mr. Dudley agrees that he will provide the information necessary to facilitate such payment according to law.

The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action.  This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency.

DATED: October 12, 2016

_____
THE HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


  /s/ *Yasin Mohammad*
YASIN MOHAMMAD
Assistant United States Attorney


Attorney for Plaintiff
UNITED STATES OF AMERICA

3